IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHRISTINE GREENWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 14-2442-JDT-tmp |
| ) | |
| CITY OF MEMPHIS, ET AL., ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The *pro se* Plaintiff, Christine Greenwood, filed this action against the City of Memphis, Tennessee, Toney Armstrong, Martha Gwen, James Rogers, Glenn Andrews, and Susan Jordan on May 14, 2014, in the Circuit Court for Shelby County, Tennessee. (ECF No. 1-2.) The City removed the case to this Court on June 12, 2014. (ECF No. 1.) Defendants Armstrong, Rogers, and Andrews subsequently filed motions to dismiss (ECF Nos. 13, 17, & 23), and the City filed a motion for more definite statement (ECF No. 14). Plaintiff then filed a motion for leave to file an amended complaint. (ECF No. 28.)

On August 27, 2014, United States Magistrate Judge Tu M. Pham issued an order granting Plaintiff's motion for leave to amend and recommending that Defendants' pending motions be denied as moot and without prejudice. (ECF No. 36.) No objections have been filed. Plaintiff filed her amended complaint on September 5, 2014 (ECF No. 38), and

Defendants Andrews and Armstrong have renewed their motions to dismiss with regard to that amended complaint (ECF Nos. 40 & 41).

The Court hereby ADOPTS the Magistrate Judge's report and recommendation in its entirety and DENIES Defendants' motions to dismiss and motion for more definite statement (ECF Nos. 13, 14, 17, & 23) as moot and without prejudice.

IT IS SO ORDERED.

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE